UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
OLUMIDE ONAJIDE,                                                         :
                                                                        :
                              Plaintiff,                                :
                                                                        :                26 Civ. 1073 (JPC)
                                                                        :
              -v-                                                       :
                                                                        :                ORDER
THE ALUMNI GROUP ENTERTAINMENT LLC,                                     :
*et al.*,                                                               :
                                                                        :
                                                                        :
                              Defendants.                               :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 12, 2026, Plaintiff served Defendant The Alumni Group Entertainment LLC by delivering the Summons and Complaint to a person authorized to accept service on its behalf, Dkt. 29, and on March 13, 2026, Plaintiff served Defendant Frandy Napoleon with copies of the Summons and Complaint by in-person delivery, Dkt. 28. Defendants' deadlines to respond to the Complaint therefore were April 2, 2026, and April 3, 2026, respectively. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Those deadlines have passed, and the docket does not reflect a response to the Complaint from either Defendant. Accordingly, the Court extends *sua sponte* their deadlines to respond to the Complaint until April 14, 2026. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by April 21, 2026.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the addresses at which Defendants were served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: April 7, 2026
          New York, New York                              _____
                                                                    JOHN P. CRONAN
                                                              United States District Judge