UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
              :

OLUMIDE ONAJIDE,             :

            :

         Plaintiff,       :

            :       26 Civ. 1073 (JPC)

    -v-            :

            :       <u>ORDER</u>

THE ALUMNI GROUP ENTERTAINMENT LLC,  :
*et al.*,            :

            :

       Defendants.   :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 8, 2026, Defendants Marshmallow (St. Lucia) Ltd., PB&J Resorts II (Jamaica) Limited, and PB&J Resorts, LLC ("Movants") filed a motion to dismiss. Dkts. 45-48. Under Rule 6.A of the Court's Individual Rules and Practices in Civil Cases, "a party seeking to file a motion must submit a pre-motion letter in accordance with [Rule] 1.A . . . notifying the Court of its anticipated motion, summarizing the basis for the anticipated motion, and proposing a briefing schedule." Movants failed to submit a pre-motion letter before filing their motion.

Accordingly, the Court denies the motion without prejudice and directs Movants to file a pre-motion letter in accordance with the Court's Individual Rules and Practices in Civil Cases. Movants shall submit their letter by May 18, 2026. Plaintiff shall respond to Movants' letter no later than three days after its submission.

Given that multiple Defendants have not appeared in this action, Plaintiff is directed to mail a copy of this Order by First Class Mail to the addresses of any Defendants who have not appeared, and to file proof of service on the docket within two days of such service.

The Clerk of Court is respectfully directed to close Docket Number 45.

SO ORDERED.

Dated: May 11, 2026
      New York, New York

JOHN P. CRONAN
United States District Judge