UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
OLUMIDE ONAJIDE,                                                       :
                                                                       :
                                    Plaintiff,                         :
                                                                       :
             -v-                                                       :        26 Civ. 1073 (JPC)
                                                                       :
THE ALUMNI GROUP ENTERTAINMENT LLC,                                   :            ORDER
*et al.*,                                                              :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Under Rule 6.A of the Court's Individual Rules and Practices in Civil Cases, "a party seeking to file a motion must submit a pre-motion letter in accordance with [Rule] 1.A . . . notifying the Court of its anticipated motion, summarizing the basis for the anticipated motion, and proposing a briefing schedule." After the Court denied the first motion to dismiss filed by Defendants Marshmallow (St. Lucia) Ltd., PB&J Resorts II (Jamaica) Limited, and PB&J Resorts, LLC ("Movants") without prejudice due to their failure to comply with Rule 6.A and "direct[ed] Movants to file a pre-motion letter in accordance with the Court's Individual Rules and Practices in Civil Cases," Dkt. 50, Movants filed a pre-motion letter stating that they intend to move to dismiss the Complaint for lack of personal jurisdiction and proposing a briefing schedule. *See* Dkt. 51 at 1-2. On May 15, 2026, Plaintiff filed a response stating that he did not oppose Movants' proposed briefing schedule and that "Plaintiff intends to oppose the motion to dismiss made by [Movants] but may seek leave of Court to file an amended complaint, if necessary." Dkt. 56. On May 20, 2026, without the Court's approval of that briefing schedule and otherwise without leave of Court, Movants filed their second motion to dismiss. *See* Dkts. 58-61.

Given that the Court did not grant Movants leave to file their motion, and the possibility

that an amended complaint could address some of the issues raised in that motion, the Court denies the latest motion without prejudice.  Plaintiff and Movants shall appear for a pre-motion conference on June 5, 2026, at 2:00 p.m.  The remaining Defendants may join as well.  At the scheduled time, counsel should call (855) 244-8681, access code 2302 755 2307.

The parties shall familiarize themselves with the Court's Individual Rules and Practices in Civil Cases, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

Given that multiple Defendants have not appeared in this action, Plaintiff is directed to mail a copy of this Order by First Class Mail to the addresses of any Defendants who have not appeared, and to file proof of service on the docket within two days of such service.

The Clerk of Court is respectfully directed to close Docket Number 58.

SO ORDERED.

Dated: June 1, 2026
    New York, New York

                   JOHN P. CRONAN
                United States District Judge