UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
OLUMIDE ONAJIDE,                                          :
                                                          :
                              Plaintiff,                  :
                                                          :        26 Civ. 1073 (JPC)
             -v-                                          :
                                                          :        ORDER
THE ALUMNI GROUP ENTERTAINMENT LLC,                      :
*et al.*,                                                 :
                                                          :
                              Defendants.                 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       For the reasons stated on the record at today's conference, Defendant The Alumni Group,

LLC is dismissed from this action.

       Given that multiple Defendants have not appeared in this action, Plaintiff is directed to mail

a copy of this Order by First Class Mail to the addresses of any Defendants who have not appeared,

and to file proof of service on the docket within two days of such service.

       SO ORDERED.

Dated: June 5, 2026                          _____
       New York, New York                              JOHN P. CRONAN
                                                  United States District Judge